**Dirk E. CANNON, Relator,**

v.

**FEDERAL EXPRESS, Self–
Insured/Alexsis/RSKCO,
Respondent,**

and

**MN Department of Economic
Security, Intervenor.**

No. C1–01–2175.

Supreme Court of Minnesota.

March 26, 2002.

Hon. Jennifer Patterson, Compensation Judge, Office of Administrative Hearings.

Raymond R. Peterson, McCoy, Peterson, Jorstad & Brabbit, Minneapolis, for relator's.

Jay T. Hartman, Tracy M. Borash, Heacox, Hartman, Mattaini, Koshmrl, Cosgriff & Johnson, P.A., St. Paul, for respondents.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed November 16, 2001, be, and the same is, affirmed without opinion. See Minn. R. Civ.App. P. 136.01, subd. 1(b).

BY THE COURT:
Alan C. Page
Associate Justice